USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH VALDEZ, <br><br>　　　　　　　　Plaintiff, <br><br>　　　　-v.- <br><br>40 X OWNER LLC and DE JANEIRO STORES, INC., <br><br>　　　　　　　　Defendants. | 23 Civ. 2534 (JHR) <br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　This case has been placed on the Court's January 2025 trial-ready calendar. The trial will begin on **January 7, 2025** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after January 7, 2025. The parties may contact Chambers by e-mail to learn where their case stands on the calendar. The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

　　The Court will hold a final pretrial conference by telephone on **December 19, 2024** at **11:30 a.m.** Counsel should join the conference by dialing 646-453-4442 and entering access code 916 728 648 followed by the pound (#) key. The conference must be attended by the attorneys who will serve as principal trial counsel. On the request of all parties, the deadline to submit the required joint pretrial filings is extended to **October 15, 2024**.

　　The parties are directed to schedule a settlement conference with Judge Stewart Aaron at the earliest opportunity, and in no event later than **October 25, 2024** (subject to Judge Aaron's availability). By **November 1, 2024**, the parties shall file a joint letter stating their efforts to arrive at a disposition of this matter.

　　The Clerk of Court is directed to terminate ECF No. 54.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge