UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

ELIZABETH VALDEZ,                                    CASE NO.: 1:23-cv-02534-JHR-SDA

           Plaintiff,

v.

40 X OWNER LLC AND                                   STIPULATION OF VOLUNTARY
DE JANEIRO STORES, INC.                              DISMISSAL

           Defendants.

-------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys of record for their respective parties in the above-captioned action, that pursuant to

Rule 4l(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, all the claims Plaintiff Elizabeth

Valdez and Defendants 40 X Owner LLC and De Janeiro Stores, Inc. asserted or could have

asserted in the above-captioned action as against each other are hereby voluntarily dismissed

with prejudice and without costs, fees or expenses to any such party as against the other.

**HANSKI PARTNERS LLC**                              **GORDON REES SCULLY MANSUKHANI, LLP**

By: _____                          By: _____
Robert G. Hanski, Esq.                               Bryan P. DeStefano, Esq.
Attorneys for Plaintiff                              Attorneys for Defendant 40 X Owner LLC
85 Delancey Street                                   One Battery Park Plaza, 28th Floor
New York, New York 10002                             New York, NY 10004
Tel: (212) 248-7400                                  Tel: (212) 453-0710
rgh@disabilityrightsnyc.com                          bdestefano@grsm.com

**LAW OFFICES OF NOLAN KLEIN, P.A.**

By: _____
Nolan K. Klein, Esq.
Attorneys for Defendant De Janeiro Stores, Inc.
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (954) 745-0588
klein@nklegal.com